# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00071-CV

**Becky, Ltd., Appellant**

**v.**

**Milestone Community Builders, LLC; The City of Cedar Park; Matt Powell;
Stephen Thomas; Mitch Fuller; Lyle Grimes; Lowell Moore; Jon Lux; and Don Tracy,
Appellees**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-GN-14-001293, HONORABLE TIM SULAK, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Becky, Ltd. filed a notice of appeal on January 29, 2015, stating that it was appealing from the trial court's order granting defendants' plea to the jurisdiction that was signed on December 23, 2014. Becky has filed an unopposed motion to abate the appeal, informing us that it has come to its attention that the trial court's order is not yet final because it did not dispose of all claims and all parties. Becky further informs the Court that the remaining defendant has asked the trial court to enter an order granting its motion to dismiss and Becky anticipates that the trial court will enter an order shortly.

Becky requests that this Court allow the appealed order that is not yet final to be modified so as to be made final and that we give effect to this appeal as if it had been pursued after

the final order is signed and entered. *See* Tex. R. App. P. 27.2. Becky asks that we abate the appeal until the final order is signed. We grant Becky's motion to abate and abate the appeal for thirty days until April 3, 2015. If by that date the trial court has not yet issued a final order, Becky is ordered to file a report informing the Court of the status of the case.

Before Justices Puryear, Pemberton, and Bourland

Abated

Filed: March 4, 2015